UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARRARD M. MYERS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| HERCULES OFFSHORE | * | SECT. MAG. |
| SERVICES LLC | * | JUDGE |
| | * | MAGISTRATE |

**COMPLAINT FOR DAMAGES**

The complaint of Garrard M. Myers, an individual of the full age of majority with respect, represents:

1.

Jurisdiction exists in this Court pursuant to 28 U.S.C. Sec. 1333; suit is brought pursuant to the Jones Act, 46 U.S.C. Section 30104 et seq. and the General Maritime Law.

2.

This matter is being brought pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and the general maritime law.

3.

Made Defendant herein is Hercules Offshore Services LLC, which was, at all times pertinent hereto, a foreign corporation authorized to do and doing business in the State of Louisiana, and within this district.

4.

Plaintiff alleges at all times pertinent hereto, defendant, Hercules Offshore Services LLC was the owner, owner *pro hoc vice,* operator, and/or charterer of the barge rig HERCULES 49.

5.

Plaintiff alleges that all times pertinent hereto, the HERCULES 49 was a vessel in navigation and upon the navigable waters of the United States, and of Louisiana, and within this district.

6.

On or about May 5, 2013, Plaintiff, Garrard M. Myers, was employed by Hercules Offshore Services LLC as a roustabout and was working in the course and scope of his employment aboard the HERCULES 49, while said vessel was located within this district.

7.

At the said time and in the course and scope of his employment and in the service of the HERCULES 49, Plaintiff was exiting the shower when he slipped and fell on the floor, injuring himself.

8.

Plaintiff alleges the floor was unreasonably dangerous and presented an unreasonably risk of injury.

9.

Garrard M. Myers alleges that the cause of the aforementioned accident was, inter alia, the negligence of the defendant and its employees.

10.

Garrard M. Myers further alleges the cause of his accident was the unseaworthiness of the Hercules 49.

11.

The injuries sustained by Garrard M. Myers include severe injuries to his body and mind, including but not limited to, his left ankle and other serious and permanently disabling injuries to the body and mind.

12.

Because of said injuries and damages, Garrard M. Myers, has undergone surgery, endured pain suffering and mental anguish, and will continue to so suffer and has sustained loss of income.

13.

Because plaintiff was injured while in the course and scope of his employment and while in the service of the HERCULES 49, he is entitled to reasonable and necessary maintenance and cure, which is owed to him by defendant, Hercules Offshore Services LLC.

14.

Garrard M. Myers alleges, on information and belief, that he will in the future, because of said injuries and damages to his body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, all of which entitles Plaintiff, Garrard M. Myers, to reasonable damages.

WHEREFORE, Garrard M. Myers prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendant, directing it to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Garrard M. Myers and against the Defendant, jointly and severally with any other responsible parties for reasonable damages, together with legal interest from date of occurrence and for all costs of these proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the cause may require and to which they may otherwise be entitled and that all experts' fees be taxed as costs.

*/s/ Stephen J. Johnson*____________________
STEPHEN J. JOHNSON, T.A. (22439)
Attorney at Law
Post Office Box 3320
No. 1 Church Street
Houma, Louisiana 70360
Telephone: (985) 868-9600
Attorneys for Plaintiff

**PLEASE SERVE:**

**HERCULES OFFSHORE SERVICES LLC**
Through its agent for service of process:
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305
Baton Rouge, Louisiana 70809